**Christine M. LUCAS, Plaintiff—Appellant,**

v.

**CITIMORTGAGE INC., Defendant–Appellee.**

**No. 13–1747.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 22, 2013.

Decided: Oct. 24, 2013.

Christine M. Lucas, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christine M. Lucas appeals the district court's order dismissing her civil complaint for lack of jurisdiction pursuant to the *Rooker–Feldman* * doctrine. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Lucas v. CitiMortgage, Inc.,* No. 8:13–cv–01196–AW, 2013 WL 2285438 (D. Md. filed May 21, 2013 & entered May 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* *D.C. Court of Appeals v. Feldman,* 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983); *Rooker v. Fid. Trust Co.,* 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923).